FILED
2016 Jul-18 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

**JACK CLARKE**
PO Box 610
HULL, GA 30646-0610
JACKCLARKE.ADR@GMAIL.COM

BILL TO

AMERICAN ARBITRATION ASSOCIATION
2200 Century Parkway, Ste 300
Atlanta, GA 30345-3203

| DATE | INVOICE # |
|---|---|
| 12/8/2015 | 20150240 |
| TERMS | Due on recpt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| RE: AAA CASE NO. 30-20-1300-0597 JAMES SULLIVAN ET AL, CLAIMANTS AND PJ UNITED, INC. ET AL, RESPONDENTS CLAIM: FAIR LABOR STANDARDS ARBITRATOR'S FILE NO.: 2013-3341 | | | |
| INTERIM INVOICE | | | |
| SERVICE PERFORMED | | | |
| STUDY TIME (HOURS) (Detail attached) | 56.58 | 275.00 | 15,559.50 |
| TOTAL FEE | | | 15,559.50 |
| AMOUNT DUE | | | 15,559.50 |

Taxpayer ID No. 63-0816955

**Total** $15,559.50