FILED
2016 Jul-18 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 8



| | | | | |
|---|---|---|---|---|
| Statement Date | | | Amount Currently Due | |
| 12-Jun-2016 | | | $30,559.50 | |
| Case # | | | | |
| 30-20-1300-0597-2-CD | | | | |

Payment is due upon Receipt

# Detail Invoice/Statement

William Kennedy Hancock, Esq.  
Galloway, Scott, Moss & Hancock, LLC  
2200 Woodcrest Place  
Suite 310  
Birmingham, AL 35209

Representing: PJ United, Inc and Douglas Stephens  
Re: James Sullivan  
Vs.  
PJ United, Inc and Douglas Stephens

Please detach and return with Payment to Above Address    Please Indicate Case No. on Check

---



13727 Noel Road, Suite 700  
Dallas, TX 75240  
Telephone: (972)702-8222  
Fax: (855)267-4082

William Kennedy Hancock, Esq.  
Galloway, Scott, Moss & Hancock, LLC  
2200 Woodcrest Place  
Suite 310  
Birmingham, AL 35209

Representing: PJ United, Inc and Douglas Stephens  
Re: James Sullivan  
Vs.  
PJ United, Inc and Douglas Stephens

| Statement Date | Case # | Previous Balance | Credits | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 12-Jun-2016 | 30-20-1300-0597 | $30,559.50 | $0.00 | $0.00 | $30,559.50 |

| Date | Ref # | Description | Amount | Credits | Balance | Due Date |
|---|---|---|---|---|---|---|
| 10-Dec-2015 | 11444218 | Your Share of the Neutral Compensation Deposit covering study and hearing time after 12.5.15 DUE FEBRUARY 9, 2016 | $15,000.00 | | $15,000.00 | 10-Dec-2015 |
| 10-Dec-2015 | 11444215 | Your Share of the Neutral Compensation Deposit covering Study time up to 12/4/15 | $15,559.50 | | $15,559.50 | 10-Dec-2015 |
| 07-Aug-2013 | 10522578 | Initial Administrative Fee | $1,550.00 | | $0.00 | 07-Aug-2013 |
| 07-Aug-2013 | | Allocation | | $150.00 | | |
| 09-Aug-2013 | | Allocation | | $1,400.00 | | |

Remarks    For any inquiries please call: (678)686-6024

Please mail check to    13727 Noel Road, Suite 700  
Dallas, TX 75240  
Telephone: (972)702-8222  
Fax: (855)267-4082

| Statement Balance | Balance Currently Due |
|---|---|
| $30,559.50 | $30,559.50 |

Please Indicate Case No. on check