FILED
2018 Jul-06  PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES SULLIVAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **7:13-cv-01275-LSC** |
| | ) | |
| **PJ UNITED, INC. AND** | ) | |
| **DOUGLAS STEPHENS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' MOTION FOR ATTORNEY'S FEES

Arbitration contracts must be enforced as written. *Epic Sys. Corp. v. Lewis*, 138 S. Ct. 1612 (2018). There is no dispute that each Opt-in Plaintiff dismissed by this Court's June 22, 2018 Order (Doc. 297) contractually agreed that if he/she pursued in court a legal claim covered by the arbitration agreement, Defendants would be entitled to recover "all costs and attorneys' fees and expenses related to such action." (*See, e.g.*, Docs. 10; 10-1, p. 9; 283; 287; and 294).

Because each Opt-in Plaintiff filed a consent in this civil action on July 18, 2016 and subsequently attempted to litigate his/her individual claims irrespective of his/her conceded contractual obligations to arbitrate those claims on an individual basis, Defendants are contractually entitled to recover all attorney's fees related to the Opt-in Plaintiffs' pursuit of those claims in this civil action. The undersigned

fairly estimates that Defendants have paid $500,000 in attorneys' fees relating to legal claims pursued by Opt-in Plaintiffs in this civil action since July 18, 2016.

Wherefore, and Pursuant to Rule 54 of the Federal Rules of Civil Procedure, Defendants move the Court to award them attorney's fees in the amount of $500,000 and to enter judgment on the award in favor of Defendants and against the Opt-in Plaintiffs dismissed by the Court's June 22, 2018 Order (Doc. 297).

/s/William K. Hancock
William K. Hancock
Attorney for Defendants

**OF COUNSEL:**
GALLOWAY, SCOTT, MOSS & HANCOCK, LLC
2200 Woodcrest Place, Suite 310
Birmingham, AL 35209
205.949.5580
205.949.5581 *fax*

I hereby certify to the best of my knowledge that notice of filing will be sent to those who are registered participants in the electronic filing system, including as follows:

W. Lewis Garrison, Jr.  
William L. Bross  
Brandy Robertson  
Taylor C. Bartlett  
Heninger Garrison Davis, LLC  
2224 First Avenue North  
Birmingham, AL 35203  

Richard M. Paul III  
Paul McInnes LLP  
2000 Baltimore, Suite 100  
Kansas City, MO 64108  

Mark A. Potashnick  
Weinhaus & Potashnick  
150 Olive Blvd., Suite 133  
St. Louis, MO 63141  

                                            */s/ William K. Hancock*