IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES SULLIVAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PJ UNITED, INC., et al., )<br>)<br>Defendants. )<br>) | 7:13-cv-01275-LSC |

**MEMORANDUM OF OPINION AND ORDER**

Before the Court is Defendants' Motion for Reconsideration of a Portion of Section 6 of the Court's Summary Judgment Memorandum of Opinion. (Doc. 306.) In the Motion Defendants ask the Court to reconsider the portion of its Memorandum of Opinion holding that Sullivan is entitled to *Mt. Clemens* burden shifting for Defendants' failure to produce weekly records of Sullivan's employment. After review of the Motion and all relevant pleadings, the Court GRANTS Defendants' Motion for Reconsideration and VACATES the portion of its Opinion (doc. 304) at pages 37-38 concerning the application of *Mt. Clemens* burden shifting for failure to comply with recordkeeping requirements under 29 C.F.R. § 516.2(a)(7).

**DONE** AND **ORDERED** ON AUGUST 7, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485